**MEMO ENDORSED**



September 8, 2020

<u>Via ECF</u>
Hon. Valerie Caproni, U.S.D.J.
United States District Court, Southern District
 Of New York
40 Foley Sq., Room 240
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2020
```

Re:  *Marvin H. Schein Descendants' LLC v. Michael Brown*
20-cv-05880 (VEC)—Request for Adjournment

Your Honor:

This law firm represents defendant Michael Brown in the above-referenced action. By this letter, we respectfully request that the Initial Pretrial Conference in this matter, currently scheduled for September 18, 2020, as well as the date for submission of the case management plan and joint letter, currently September 10, 2020, be adjourned until after the date set for defendant's response to the complaint in this action. This date is currently October 23, 2020, pursuant to a stipulation so-ordered by this Court on August 24, 2020 (ECF Docket # 12). Defendant respectfully submits that the Initial Pretrial Conference will be more productive once Defendant has moved or answered with respect to the complaint herein.

Defendant has conferred with counsel for Plaintiff, who is copied on this letter, and they have no objection to this request. This is the first request for an adjournment concerning the deadlines referenced in this letter. Defendant respectfully suggests that any date subsequent to November 1, 2020, would be appropriate for submission of the joint letter and case management plan, with the conference to occur approximately one week thereafter on a date convenient for the Court.

Application DENIED.  The conference will be held as scheduled on **September 18, 2020 at 12:00 p.m.**  The parties must appear for the hearing by dialing 888-363-4749, using the access code 3121171 and the security code 5880.

Respectfully submitted

GUZOV, LLC

SO ORDERED.

*Valerie Caproni*   9/8/2020

By:_____
David J. Kaplan

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Cc:  Ariel Berschadsky, Esq. (counsel for Plaintiff) (via ECF)